UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHARON ZIMBRO,**

    **Plaintiff,**

v.                                                 Case No: 6:14-cv-1166-Orl-41TBS

**EDWARD KRUG, III ,**

    **Defendant.**

_____/

**ORDER**

This cause is before the Court on the Motion for Leave to Proceed *In Forma Pauperis* (Doc. 8) filed July 18, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be DENIED and the case be REMANDED to state court. Defendant has consented to the remand. (Doc. 14).

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation filed July 24, 2014 (Doc. 11), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 8) is **DENIED**.

3. Third Party Defendant's Motion to Remand (Doc. 12) and Defendant's Emergency Motion to Remand (Doc. 14) are **DENIED as moot**.

4. This case is **REMANDED** to the County Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, Case Number 05-2014-CC-027189.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clerk of the County Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida